# Court of Appeals
# of the State of Georgia

ATLANTA,  July 27, 2020

*The Court of Appeals hereby passes the following order:*

## A20A2116. RONNIE ROWLAND v. THE STATE.

In February 2019, Ronnie Rowland pled guilty to home invasion, armed robbery, kidnapping, and related crimes, for which he was sentenced to a total of 40 years with the first 30 years to serve in confinement. In July 2019, Rowland filed a motion for a reduction in his sentence. On August 23, 2019, the trial court denied the motion, and on October 7, 2019, Rowland filed this direct appeal. We, however, lack jurisdiction.

Rowland's appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Rowland's notice of appeal was untimely filed 45 days after entry of the order he seeks to appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/27/2020
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*